*Granted.*
*6/7/12*
*[signature]*
*Karen L. Litkovitz*
*U.S.M.J.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Manuell obo                           Case No. 1:11-cv-264
Christopher Manuell

    Plaintiff

vs.

                                                  Judge Michael R. Barrett
                                                  Magistrate Judge Karen L. Litkovitz

Michael J. Astrue                          **JOINT MOTION FOR STAY OF**
Commissioner of Social Security            **PROCEEDINGS AND EXTENSION**
                                                  **OF DEADLINES**

    Defendant

Now comes Plaintiff, Mary Manuell, obo Christopher Manuell (deceased), and the Commissioner of the Social Security Administration, by and through their respective counsel, Rachel C. Wilson, and Patrick Edsenga, and together respectfully request a stay of proceedings and/or extension of all deadlines for the reasons set forth herein.

While working on Plaintiff's Statement of Errors, counsel for Plaintiff discovered the federal court transcript is missing at least 176 pages of medical evidence. Review of the Transcript Index shows that Exhibit 1F, which is supposed to contain 415 pages, starts at page 159 of the federal court transcript. (Tr. 2) Page 159 of the transcript is Exhibit 1F, p. 177. **Thus pages 1-176 of Exhibit 1F are missing from the federal court transcript.** 1.

Plaintiff's counsel contacted Counsel for the Defendant, Patrick Edsenga. Attorney

---

1 Counsel for Plaintiff does not have this evidence as she did not represent Plaintiff at the administrative level.