UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary Manuell,
    Plaintiff,

v.                                  Case No. 1:11cv264
                                                (J. Barrett ; Litkovitz, MJ)

Commissioner of Social Security,
    Defendant.

_____

ORDER

_____

    This matter is before the Court pursuant to the status report filed by defendant informing the Court that the missing medical records have been located and duly filed with the Court thus making a stay of the proceedings no longer necessary. (Doc. 20).  Therefore, the stay in this matter is hereby **Vacated**.

    The plaintiff shall have up to and including **July 30, 2012** in which to file a statement of specific errors in this matter.

    IT IS SO ORDERED.

Date 6/28/2012                         s/Karen L. Litkovitz
awh     June 28, 2012             Karen L. Litkovitz
                                   United States Magistrate Judge